**DISMISS; Opinion Filed November 30, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01617-CV

**BOSTON SCIENTIFIC CORPORATION, Appellant**
**V.**
**MARTHA SALAZAR AND FELIX SALAZAR, Appellees**

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-14349**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Fillmore and Stoddart
Opinion by Justice Stoddart

Appellant has filed an unopposed motion electing to dismiss this appeal. *See* TEX. R.

APP. P. 42.1(a)(1). We grant the motion and dismiss the appeal. *See id.*


/Craig Stoddart/
CRAIG STODDART
JUSTICE

141617F.P05



# Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

BOSTON SCIENTIFIC CORPORATION,
Appellant

No. 05-14-01617-CV     V.

MARTHA SALAZAR AND FELIX
SALAZAR, Appellees

On Appeal from the 95th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-12-14349.
Opinion delivered by Justice Stoddart.
Chief Justice Wright and Justice Fillmore
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that costs of the appeal shall be assessed against the party incurring them.

Judgment entered this 30th day of November, 2015.